IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CALEB A. COKER | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION |
| | * | FILE NO: 5:21-cv-312-TES |
| v. | * | |
| | * | |
| JACK RUST, INDIVIDUALLY, | * | |
| AND D/B/A RUST TRUCKING, | * | |
| And J & S EXPRESS, LLC, | * | |
| | * | |
| Defendants. | * | |

## ORDER

Having reviewed the Consent Motion for Extension of Time for Plaintiff to File Responses to Defendants' Motions for Summary Judgment, and for good cause shown, the Court hereby GRANTS said Motion. Plaintiff's deadline to respond to Defendants' Motions for Summary Judgment is extended through March 31, 2023.

SO ORDERED this 16 day of March 2023.

Tilman E. Self, III, Judge
United States District Court